IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUCILLE PICKNER                          :
                                         :    CIVIL ACTION NO. 02-CV-4213
               Plaintiff,                :
                                         :
        v.                               :
                                         :
BAYER CORPORATION;                       :    ENTRY OF APPEARANCE
BAYER AG;                                :
GLAXOSMITHKLINE, PLC;                    :
GLAXOSMITHKLINE;                         :
SMITHKLINE BEECHAM                       :
                                         :
               Defendants.               :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin

Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a

GlaxoSmithKline.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                           Aline Fairweather


_____          _____
Erin Brennan                               Kirstin J. Miller



DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000